IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:24-CR-00029-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY TRENT MCCOY,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion to Suppress [DE 23], and Defendant's counseled Motion to Re-Open Pre-Trial Motions Deadline and to Continue Arraignment. [DE 27].

Defendant benefited from court-appointed representation when he filed the motion to suppress. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, the Motion to Suppress [DE 23] is DENIED WITHOUT PREJUDICE.

For good cause shown, the motion to continue [DE 27] is GRANTED. Defendant shall have up to and including March 20, 2025, to file any pre-trial motions. Responses to such motions may be filed within fourteen (14) days of service. Defendant's arraignment is continued until the April 8, 2025, term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned

by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 19th day of February, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE